**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

February 16, 2022

BY ECF and EMAIL
The Hon. Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *United States v. Ramsey Orta*, No. 20 Cr. 429 (AMD)

Dear Judge Donnelly,

    I write to request permission for Mr. Orta to travel to Los Angeles, California on February 25, 2022, returning to New York City on February 27, 2022, so that he can speak on a panel in Los Angeles on February 26, 2022, in connection with a book Mr. Orta wrote, which is about to be published. He has been invited to speak on this panel by the head of the publishing company, Mr. Laval Belle, who will also be on the panel. I have spoken directly to Mr. Belle, who has informed me that the publishing company would arrange for Mr. Orta's flights and hotel, and that Mr. Orta would be accompanied from New York and while in Los Angeles by Dr. Surajit Khanna, who runs a juvenile reentry initiative, Returning Youth Initiative. Dr. Khanna will also speak on the panel on February 25, 2022.

    I have spoken with U.S. Pretrial Services Officer Amanda Sanchez. Pretrial objects to this travel request because Mr. Orta has been unsuccessfully discharged from mental health treatment and has missed several remote check-ins. I have not heard back from A.U.S.A. Jack Dennehy as to the government's position on the request.

    I certainly understand Pretrial's qualms and I will continue to work with Mr. Orta to bring him into compliance with the requirements of supervision. With respect to mental health treatment, Mr. Orta has indicated an awareness that he needs anger management treatment and I have asked Pretrial if they can help arrange this. It is my understanding that he lost his temper with his therapist on several occasions, which was what led to the discharge.

    As to the travel request, however, the trip is not a pleasure trip, but, instead, one that is related to his employment as a writer and one that I hope will further Mr. Orta's support system, particularly with Dr. Khanna—which seems beneficial to his ability to comply with the conditions of his release. Pretrial can verify all of the arrangements with both Mr. Belle and Dr.

1

Khanna, and Mr. Orta would provide details of the flights and hotel, as well as checking in from Los Angeles with Pretrial.

        For these reasons, I respectfully request that the Court permit Mr. Orta to travel to Los Angeles from February 25 to February 27, 2022.

        Respectfully submitted,
/s Deirdre D. von Dornum
Deirdre D. von Dornum
Attorney-in-Charge
Federal Defenders of New York, Inc.
Tel. (917) 623-9894

cc:    AUSA Jack Dennehy
       U.S. Pre-trial Services Officer Amanda Sanchez